UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST<br>712 H Street, N.E.<br>Suite 1682<br>Washington, D.C. 20002,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION<br>400 Maryland Ave. SW<br>Washington, D.C. 20202,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Case No. 1:25-cv-211<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff Protect the Public's Trust ("PPT") brings this action against the U.S. Department of Education ("ED") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel ED's compliance with the FOIA's requirements.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

3. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff PPT is a nonprofit corporation dedicated to restoring public trust in government by promoting the fair and equal application of the rules and standards of ethical conduct to all public servants. Consistent with Justice Brandeis's aphorism that "Sunlight is said to be the best of disinfectants, electric light the most efficient policemen," PPT seeks to

1

promote transparency and broadly disseminate information so that the American people can evaluate the integrity and ethical conduct of those who act in their name. Louis Brandeis, OTHER PEOPLE'S MONEY AND HOW BANKERS USE IT. (1914), https://louisville.edu/law/library/special-collections/the-louis-d.-brandeis-collection/other-peoples-money-chapter-v.

5. Defendant ED is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). ED has possession, custody, and control of records responsive to Plaintiff's FOIA request.

## STATEMENT OF FACTS

*Overview of FOIA Requests*

6. On August 30, 2024, PPT submitted seven FOIA requests to ED regarding its participation in programs to pay students for civic engagement.

7. For all of these requests, ED took the same approach of initially confirming receipt of the request and subsequently sending PPT a "20 Day Status Notification" letter before ceasing all communication.

8. To date, ED has not responded to any of PPT's requests, nor has it provided an estimate for when it will do so.

9. ED has thus violated its FOIA obligations regarding each request.

*PPT's First Request: 24-03692-F*

10. On August 30, 2023, PPT submitted its first request to ED (attached as Exhibit A), seeking the following records:

> 1. From January 20, 2021, through the date this request is processed, records of communications to, from and including the list of officials with the list of state officials regarding students getting paid for civic engagement.
>
> ED Officials:
> a) Secretary of Education, Dr. Miguel Cardona

2

    b) Assistant Secretary, Office of Postsecondary Education, Nasser Paydar
    c) Under Secretary, James Kvaal
    d) Chief of Staff, Lexi Barrett
    e) Deputy Secretary, Cindy Marten
    f) Deputy Assistant Secretary, Office of Communications and Outreach, Shin Inouye
    g) Chief Operating Officer of FSA, Richard Cordray
    h) Chief of Staff for FSA, Colleen McGinnis
    i) Senior Advisor for FSA, Kristen Donoghue
    j) Deputy Assistant Secretary, State and Local Outreach, Office of Communications and Outreach, Lauren Mendoza
    k) Director of State and Local Engagement, Adam Honeysett

    Nevada Officials:
    a) Secretary of State, Cisco Aguilar
    b) Chancellor, Patty Charlton
    c) Vice Chancellor for Academic and Student Affairs, Daniel Archer
    d) Chief of Staff to the Board of Regents, Keri Nikolajewski

11. Release of these records is in the public interest because it will contribute to the public's understanding of ED's operations, its participation in programs to pay students for civic engagement, and whether ED is making decisions consistent with the law.

12. On August 30, 2024, ED sent PPT an email stating that the request had been assigned the tracking number 24-03692-F.

13. On September 10, 2024, ED sent PPT two emails. The first stated that the status of the request had been updated to "In Process." The second formally acknowledged the request had an attached acknowledgement letter.

14. On October 2, 2024, ED sent PPT an email with an attached 20-day status notification. The attached notification stated that the request had been forwarded to the appropriate offices and that it was "still being processed."

15. Since its email from October 2, 2024, ED has gone silent regarding the request.

16. To date, ED has not sent PPT a response to the request, a timeline or estimate for when it will do so, or any other communication regarding the request.

*PPT's Second Request: 24-03693-F*

17. On August 30, 2023, PPT submitted its second request to ED (attached as Exhibit B), seeking the following records:

    1. From January 20, 2021, through the date this request is processed, records of communications to, from and including the list of officials with the list of state officials regarding the use of federal work-study funds for civic engagement.

    ED Officials:
    a) Secretary of Education, Dr. Miguel Cardona
    b) Assistant Secretary, Office of Postsecondary Education, Nasser Paydar
    c) Under Secretary, James Kvaal
    d) Chief of Staff, Lexi Barrett
    e) Deputy Secretary, Cindy Marten
    f) Deputy Assistant Secretary, Office of Communications and Outreach, Shin Inouye
    g) Chief Operating Officer of FSA, Richard Cordray
    h) Chief of Staff for FSA, Colleen McGinnis
    i) Senior Advisor for FSA, Kristen Donoghue
    j) Deputy Assistant Secretary, State and Local Outreach, Office of Communications
    and Outreach, Lauren Mendoza
    k) Director of State and Local Engagement, Adam Honeysett

    Arizona Officials:
    a) Secretary of State, Adrian Fontes
    b) Board of Regents Chair, Cecilia Mata
    c) Executive Director, Chad Sampson
    d) Vice President, Government Affairs and Community Relations, Thomas Adkins

18. Release of these records is in the public interest because it will contribute to the public's understanding of ED's operations, its participation in programs to pay students for civic engagement, and whether ED is making decisions consistent with the law.

19. On August 30, 2024, ED sent PPT an email stating that the request had been assigned the tracking number 24-03693-F.

4

20. On September 10, 2024, ED sent PPT an email with an attached formal acknowledgment letter.

21. On September 13, 2024, ED sent PPT an email stating that the status of the request had been updated to "In Process."

22. On October 2, 2024, ED sent PPT an email with an attached 20-day status notification. The attached notification stated that the request had been forwarded to the appropriate offices and that it was "still being processed."

23. Since its email from October 2, 2024, ED has gone silent regarding the request.

24. To date, ED has not sent PPT a response to the request, a timeline or estimate for when it will do so, or any other communication regarding the request.

*PPT's Third Request: 24-03694-F*

25. On August 30, 2023, PPT submitted its third request to ED (attached as Exhibit C), seeking the following records:

> 1. From January 20, 2021, through the date this request is processed, records of communications to, from and including the list of officials with the list of state officials regarding students getting paid for civic engagement.
>
> ED Officials:
> a) Secretary of Education, Dr. Miguel Cardona
> b) Assistant Secretary, Office of Postsecondary Education, Nasser Paydar
> c) Under Secretary, James Kvaal
> d) Chief of Staff, Lexi Barrett
> e) Deputy Secretary, Cindy Marten
> f) Deputy Assistant Secretary, Office of Communications and Outreach, Shin Inouye
> g) Chief Operating Officer of FSA, Richard Cordray
> h) Chief of Staff for FSA, Colleen McGinnis
> i) Senior Advisor for FSA, Kristen Donoghue
> j) Deputy Assistant Secretary, State and Local Outreach, Office of Communications
> and Outreach, Lauren Mendoza
> k) Director of State and Local Engagement, Adam Honeysett

5

    Wisconsin Officials:
    a) Secretary of State, Sarah Godlewski
    b) President, Board of Regents, Amy Bogost
    c) Regent Vice President, Kyle Weatherly
    d) WTCS Board Representative, Mark Tyler

26. Release of these records is in the public interest because it will contribute to the public's understanding of ED's operations, its participation in programs to pay students for civic engagement, and whether ED is making decisions consistent with the law.

27. On August 30, 2024, ED sent PPT an email stating that the request had been assigned the tracking number 24-03694-F.

28. On September 10, 2024, ED sent PPT an email with an attached formal acknowledgment letter.

29. On September 13, 2024, ED sent PPT an email stating that the status of the request had been updated to "In Process."

30. On October 2, 2024, ED sent PPT an email with an attached 20-day status notification. The attached notification stated that the request had been forwarded to the appropriate offices and that it was "still being processed."

31. Since its email from October 2, 2024, ED has gone silent regarding the request.

32. To date, ED has not sent PPT a response to the request, a timeline or estimate for when it will do so, or any other communication regarding the request.

*PPT's Fourth Request: 24-03695-F*

33. On August 30, 2023, PPT submitted its fourth request to ED (attached as Exhibit D), seeking the following records:

> 1. From January 20, 2021, through the date this request is processed, records of communications to, from and including the list of officials with the list of state officials regarding students getting paid for civic engagement.

ED Officials:
a) Secretary of Education, Dr. Miguel Cardona
b) Assistant Secretary, Office of Postsecondary Education, Nasser Paydar
c) Under Secretary, James Kvaal
d) Chief of Staff, Lexi Barrett
e) Deputy Secretary, Cindy Marten
f) Deputy Assistant Secretary, Office of Communications and Outreach, Shin Inouye
g) Chief Operating Officer of FSA, Richard Cordray
h) Chief of Staff for FSA, Colleen McGinnis
i) Senior Advisor for FSA, Kristen Donoghue
j) Deputy Assistant Secretary, State and Local Outreach, Office of Communications
and Outreach, Lauren Mendoza
k) Director of State and Local Engagement, Adam Honeysett

Georgia Officials:
a) Secretary of State, Brad Raffensperger
b) Chair, Board of Regents, Harold Reynolds
c) Vice Chair, Board of Regents, T. Dallas Smith
d) Executive Director Government Relations, Vallarie Johnson

34. Release of these records is in the public interest because it will contribute to the public's understanding of ED's operations, its participation in programs to pay students for civic engagement, and whether ED is making decisions consistent with the law.

35. On August 30, 2024, ED sent PPT an email stating that the request had been assigned the tracking number 24-03695-F.

36. On September 10, 2024, ED sent PPT an email with an attached formal acknowledgment letter.

37. On September 13, 2024, ED sent PPT an email stating that the status of the request had been updated to "In Process."

38. On October 2, 2024, ED sent PPT an email with an attached 20-day status notification. The attached notification stated that the request had been forwarded to the appropriate offices and that it was "still being processed."

39. Since its email from October 2, 2024, ED has gone silent regarding the request.

40. To date, ED has not sent PPT a response to the request, a timeline or estimate for when it will do so, or any other communication regarding the request.

*PPT's Fifth Request: 24-03696-F*

41. On August 30, 2023, PPT submitted its fifth request to ED (attached as Exhibit E), seeking the following records:

    1. From January 20, 2021, through the date this request is processed, records of communications to, from and including the list of officials with the list of state officials regarding students getting paid for civic engagement.

    ED Officials:
    a) Secretary of Education, Dr. Miguel Cardona
    b) Assistant Secretary, Office of Postsecondary Education, Nasser Paydar
    c) Under Secretary, James Kvaal
    d) Chief of Staff, Lexi Barrett
    e) Deputy Secretary, Cindy Marten
    f) Deputy Assistant Secretary, Office of Communications and Outreach, Shin Inouye
    g) Chief Operating Officer of FSA, Richard Cordray
    h) Chief of Staff for FSA, Colleen McGinnis
    i) Senior Advisor for FSA, Kristen Donoghue
    j) Deputy Assistant Secretary, State and Local Outreach, Office of Communications
    and Outreach, Lauren Mendoza
    k) Director of State and Local Engagement, Adam Honeysett

    North Carolina Officials:
    a) Secretary of State, Elaine F. Marshall
    b) Board of Governors, Chair, Wendy Floyd Murphy
    c) Board of Governors, Vice Chair, Kellie Hunt Blue
    d) Board of Governors, Secretary, Pearl Burris-Floyd

42. Release of these records is in the public interest because it will contribute to the public's understanding of ED's operations, its participation in programs to pay students for civic engagement, and whether ED is making decisions consistent with the law.

8

43. On August 30, 2024, ED sent PPT an email stating that the request had been assigned the tracking number 24-03696-F.

44. On September 10, 2024, ED sent PPT two emails. The first stated that the status of the request had been updated to "In Process." The second formally acknowledged the request and had an attached acknowledgement letter.

45. On October 2, 2024, ED sent PPT an email with an attached 20-day status notification. The attached notification stated that the request had been forwarded to the appropriate offices and that it was "still being processed."

46. Since its email from October 2, 2024, ED has gone silent regarding the request.

47. To date, ED has not sent PPT a response to the request, a timeline or estimate for when it will do so, or any other communication regarding the request.

*PPT's Sixth Request: 24-03697-F*

48. On August 30, 2023, PPT submitted its sixth request to ED (attached as Exhibit F), seeking the following records:

    1. From January 20, 2021, through the date this request is processed, records of communications to, from and including the list of officials with the list of state officials regarding students getting paid for civic engagement.

    ED Officials:
    a) Secretary of Education, Dr. Miguel Cardona
    b) Assistant Secretary, Office of Postsecondary Education, Nasser Paydar
    c) Under Secretary, James Kvaal
    d) Chief of Staff, Lexi Barrett
    e) Deputy Secretary, Cindy Marten
    f) Deputy Assistant Secretary, Office of Communications and Outreach, Shin Inouye
    g) Chief Operating Officer of FSA, Richard Cordray
    h) Chief of Staff for FSA, Colleen McGinnis
    i) Senior Advisor for FSA, Kristen Donoghue
    j) Deputy Assistant Secretary, State and Local Outreach, Office of Communications and Outreach, Lauren Mendoza

9

    k) Director of State and Local Engagement, Adam Honeysett

    New Hampshire Officials:
    a) Secretary of State, David Scanlan
    b) Board of Trustees, Chair, Michael Pilot
    c) Board of Trustees, Vice Chair, Kassandra Spanos Ardinger
    d) Board of Trustees, Secretary, Kevin Karr

49. Release of these records is in the public interest because it will contribute to the public's understanding of ED's operations, its participation in programs to pay students for civic engagement, and whether ED is making decisions consistent with the law.

50. On August 30, 2024, ED sent PPT an email stating that the request had been assigned the tracking number 24-03697-F.

51. On September 10, 2024, ED sent PPT an email with an attached formal acknowledgment letter.

52. On September 13, 2024, ED sent PPT an email stating that the status of the request had been updated to "In Process."

53. On October 2, 2024, ED sent PPT an email with an attached 20 day status notification. The attached notification stated that the request had been forwarded to the appropriate offices and that it was "still being processed."

54. Since its email from October 2, 2024, ED has gone silent regarding the request.

55. To date, ED has not sent PPT a response to the request, a timeline or estimate for when it will do so, or any other communication regarding the request.

*PPT's Seventh Request: 24-03698-F*

56. On August 30, 2023, PPT submitted its eighth request to ED (attached as Exhibit G), seeking the following records:

    1. From January 20, 2021, through the date this request is processed, records of communications to, from and including the list of officials with the list of state

    officials regarding students getting paid for civic engagement.

    ED Officials:
    a) Secretary of Education, Dr. Miguel Cardona
    b) Assistant Secretary, Office of Postsecondary Education, Nasser Paydar
    c) Under Secretary, James Kvaal
    d) Chief of Staff, Lexi Barrett
    e) Deputy Secretary, Cindy Marten
    f) Deputy Assistant Secretary, Office of Communications and Outreach, Shin Inouye
    g) Chief Operating Officer of FSA, Richard Cordray
    h) Chief of Staff for FSA, Colleen McGinnis
    i) Senior Advisor for FSA, Kristen Donoghue
    j) Deputy Assistant Secretary, State and Local Outreach, Office of Communications
    and Outreach, Lauren Mendoza
    k) Director of State and Local Engagement, Adam Honeysett

    Ohio Officials:
    a) Secretary of State, Frank LaRose
    b) Chancellor, Mike Duffy
    c) Chief of Staff and Senior Policy Advisor, Jim Bennett
    d) Senior Vice Chancellor, Gary Cates

57. Release of these records is in the public interest because it will contribute to the public's understanding of ED's operations, its participation in programs to pay students for civic engagement, and whether ED is making decisions consistent with the law.

58. On August 30, 2024, ED sent PPT an email stating that the request had been assigned the tracking number 24-03698-F.

59. On September 10, 2024, ED sent PPT an email with an attached formal acknowledgment letter.

60. On September 13, 2024, ED sent PPT an email stating that the status of the request had been updated to "In Process."

61. On October 2, 2024, ED sent PPT an email with an attached 20 day status notification. The attached notification stated that the request had been forwarded to the appropriate offices and that it was "still being processed."

62. Since its email from October 2, 2024, ED has gone silent regarding the request.

63. To date, ED has not sent PPT a response to the request, a timeline or estimate for when it will do so, or any other communication regarding the request.

*ED has violated its FOIA obligations*

64. As Attorney General Garland has made clear, FOIA is "a vital tool for ensuring transparency, accessibility, and accountability in government" whose "'basic purpose . . . is to ensure an informed citizenry,' which is 'vital to the functioning of a democratic society [and] needed to check against corruption and to hold the governors accountable to the governed.'" Merrick Garland, *Memorandum for Heads of Executive Departments and Agencies: Freedom of Information Act Guidelines* 1 (Mar. 15, 2022), https://www.justice.gov/ag/page/file/1483516/download (quoting *NLRB v. Robbins Tire & Rubber Co*, 437 U.S. 214, 242 (1978)) ("Garland Memo").

65. The Garland Memo makes clear, "Timely disclosure of records is also essential to the core purpose of FOIA." Garland Memo at 3.

66. Over 133 days have elapsed since ED received PPT's requests, yet ED still has not made determinations with respect to them. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). ED has not produced responsive documents to PPT, has not communicated the scope of the documents it intends to produce or withhold—along with the reasons for any withholding—and has not informed PPT of its ability to appeal any adverse portion of its determinations.

67. Given these facts, ED has not met its statutory obligations to provide the requested records.

68. Through ED's failure to make determinations within the time period required by law, PPT has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I – Request # 24-03692-F

### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

a. PPT repeats and incorporates by reference paragraphs 10-16 and 64-68 as if fully set forth herein.

b. PPT's first request was a properly submitted request for records within the possession, custody, and control of ED.

c. ED is an agency subject to FOIA and, therefore, has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

d. ED is wrongfully withholding non-exempt agency records requested by PPT by failing to produce non-exempt records responsive to its request.

e. ED's failure to provide all non-exempt responsive records violates FOIA.

f. Plaintiff PPT is therefore entitled to declaratory and injunctive relief requiring ED to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## COUNT II – Request # 24-03693-F

### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

a. PPT repeats and incorporates by reference paragraphs 17-24 and 64-68 as if fully set forth herein.

b. PPT's second request was a properly submitted request for records within the possession, custody, and control of ED.

c. ED is an agency subject to FOIA and, therefore, has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

d. ED is wrongfully withholding non-exempt agency records requested by PPT by failing to produce non-exempt records responsive to its request.

e. ED's failure to provide all non-exempt responsive records violates FOIA.

f. Plaintiff PPT is therefore entitled to declaratory and injunctive relief requiring ED to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

### COUNT III – Request # 24-03694-F

**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

a. PPT repeats and incorporates by reference paragraphs 25-32 and 64-68 as if fully set forth herein.

b. PPT's third request was a properly submitted request for records within the possession, custody, and control of ED.

c. ED is an agency subject to FOIA and, therefore, has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

d. ED is wrongfully withholding non-exempt agency records requested by PPT by failing to produce non-exempt records responsive to its request.

e. ED's failure to provide all non-exempt responsive records violates FOIA.

f. Plaintiff PPT is therefore entitled to declaratory and injunctive relief requiring ED to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## COUNT IV – Request # 24-03695-F
### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

a. PPT repeats and incorporates by reference paragraphs 33-40 and 64-68 as if fully set forth herein.

b. PPT's fourth request was a properly submitted request for records within the possession, custody, and control of ED.

c. ED is an agency subject to FOIA and, therefore, has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

d. ED is wrongfully withholding non-exempt agency records requested by PPT by failing to produce non-exempt records responsive to its request.

e. ED's failure to provide all non-exempt responsive records violates FOIA.

f. Plaintiff PPT is therefore entitled to declaratory and injunctive relief requiring ED to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## COUNT V – Request # 24-03696-F

### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

a. PPT repeats and incorporates by reference paragraphs 41-47 and 64-68 as if fully set forth herein.

b. PPT's fifth request was a properly submitted request for records within the possession, custody, and control of ED.

c. ED is an agency subject to FOIA and, therefore, has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

d. ED is wrongfully withholding non-exempt agency records requested by PPT by failing to produce non-exempt records responsive to its request.

e. ED's failure to provide all non-exempt responsive records violates FOIA.

f. Plaintiff PPT is therefore entitled to declaratory and injunctive relief requiring ED to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## COUNT VI – Request # 24-03697-F

### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

a. PPT repeats and incorporates by reference paragraphs 48-55 and 64-68 as if fully set forth herein.

b. PPT's sixth request was a properly submitted request for records within the possession, custody, and control of ED.

c.  ED is an agency subject to FOIA and, therefore, has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

d.  ED is wrongfully withholding non-exempt agency records requested by PPT by failing to produce non-exempt records responsive to its request.

e.  ED's failure to provide all non-exempt responsive records violates FOIA.

f.  Plaintiff PPT is therefore entitled to declaratory and injunctive relief requiring ED to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## COUNT VII – Request # 24-03698-F
### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

a.  PPT repeats and incorporates by reference paragraphs 56-68 as if fully set forth herein.

b.  PPT's seventh request was a properly submitted request for records within the possession, custody, and control of ED.

c.  ED is an agency subject to FOIA and, therefore, has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

d.  ED is wrongfully withholding non-exempt agency records requested by PPT by failing to produce non-exempt records responsive to its request.

e.  ED's failure to provide all non-exempt responsive records violates FOIA.

f.  Plaintiff PPT is therefore entitled to declaratory and injunctive relief requiring ED to promptly produce all non-exempt records responsive to its FOIA request and provide

an index justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

Plaintiff PPT respectfully requests this Court:

(1) Assume jurisdiction in this matter and maintain jurisdiction until Defendant ED complies with the requirements of FOIA and any and all orders of this Court.

(2) Order ED to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to PPT's request and an index justifying withholding all or part of any responsive records that are withheld under claim of exemption.

(3) Award PPT the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

(4) Grant PPT other such relief as the Court deems just and proper.

Dated: January 24, 2025

Respectfully submitted,

PROTECT THE PUBLIC'S TRUST

By Counsel:
/s/ Karin M. Sweigart

Karin Moore Sweigart
D.D.C. Bar ID: CA00145
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
KSweigart@Dhillonlaw.com

Jacob William Roth
D.D.C. Bar ID: 1673038
DHILLON LAW GROUP, INC.
1601 Forum Plaza, Suite 403
West Palm Beach, Florida 33401

Telephone: 561-227-4959
JRoth@Dhillonlaw.com

*Counsel for the Plaintiff*