UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-0211 (DLF) |

**JOINT STATUS REPORT**

Now come the Plaintiff, Protect the Public's Trust, and Defendant, the U.S. Department of Education, and file their initial joint status report in this Freedom of Information Act ("FOIA") case pursuant to the April 22, 2025, Minute Order of this Court. The parties have conferred, and report as follows.

The complaint in this matter was filed on January 24, 2025, and involves seven FOIA requests to the Department of Education regarding the Department's participation in programs to pay students for civic engagement. The Department has completed its search for responsive records and has located approximately eight pages of responsive records for each of the following requests: 24-03692-F, 24-03693-F, and 24-03694-F. A White House consultation will be required for some of the records prior to release. For those records not requiring consultation it is anticipated that they will be released on May 5, 2025.

The Department has located no responsive records for request nos. 24-03695-F, 24-03696-F, 24-03697-F, and 24-03698-F. The Department will be providing Plaintiff with a no records response for each of the requests.

- 2 -

    The parties request that they file their next joins status report on June 29, 2025.  A proposed order is attached.

| | |
|---|---|
| Dated:  April 28, 2025<br>        Washington, DC | Respectfully submitted,<br><br>EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney |
| */s/ Karin Sweigart*<br>KARIN SWEIGART<br>DHILLON LAW GROUP, INC.<br>177 Post Street Suite 700<br>San Francisco, CA 94108<br>(415)433-1700<br>Ksweigart@dhillonlaw.Com<br><br>*Attorneys for Plaintiff* | By:  */s/ Thomas W. Duffey*<br>THOMAS W. DUFFEY<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2510<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-0211 (DLF) |

**[PROPOSED] ORDER**

This matter, having come before the Court on the Joint Status Report filed by the parties, it is hereby ordered that the parties file a joint status report on or before June 29, 2025.

_____
DABNEY L. FRIEDRICH
United States District Judge

- 3 -