UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Civil Action No. 25-0211 (DLF) |

**JOINT STATUS REPORT**

Now come the Plaintiff, Protect the Public's Trust, and Defendant, the U.S. Department of Education, and file their initial joint status report in this Freedom of Information Act ("FOIA") case pursuant to the April 22, 2025, Minute Order of this Court. The parties have conferred, and report as follows.

The complaint in this matter was filed on January 24, 2025, and involves seven FOIA requests to the Department of Education regarding the Department's participation in programs to pay students for civic engagement. The Department has completed its search for responsive records and has located approximately eight pages of responsive records for each of the following requests: 24-03692-F, 24-03693-F, and 24-03694-F. A White House consultation will be required for some of the records prior to release. As stated in the last joint status report, for those records not requiring consultation it was anticipated that they would be released on May 5, 2025.

The Department issued interim responses dated May 5, 2025, consisting of 2 pages each to the Plaintiff for requests 24-03692-F, 24-03693-F, and 24-03694-F. The Department issued a final response dated June 10, 2025, consisting of 6 pages to the Plaintiff for requests 24-03692-F, 24-

- 2 -

03693-F, and 24-03694-F. The Department issued a final no records response dated May 5, 2025, to the Plaintiff for requests 24-03695-F, 24-03696-F, 24-03697-Fand 24-03698-F.

The parties request that they file their next joint status report on August 29, 2025.  A proposed order is attached.

Dated: June 29, 2025
    Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Karin Sweigart*
KARIN SWEIGART
DHILLON LAW GROUP, INC.
177 Post Street Suite 700
San Francisco, CA 94108
(415)433-1700
Ksweigart@dhillonlaw.Com

*Attorneys for Plaintiff*

By:      */s/ Thomas W. Duffey*
    THOMAS W. DUFFEY
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2510

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-0211 (DLF) |

**[PROPOSED] ORDER**

This matter, having come before the Court on the Joint Status Report filed by the parties, it is hereby ordered that the parties file a joint status report on or before August 29, 2025.

_____
DABNEY L. FRIEDRICH
United States District Judge

- 3 -