UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROTECT THE PUBLIC'S TRUST, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 25-0211 (DLF) |
| U.S. DEPARTMENT OF EDUCATION, | ) ) |
| Defendant. | ) ) ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Date: April 24, 2026

Respectfully submitted,

/s/ Karin Sweigart
KARIN SWEIGART
Dhillon Law Group
177 Post Street
Suite 700
San Francisco, CA 94108
(415) 433-1700
ksweigart@dhillonlaw.com

JEANINE FERRIS PIRRO
United States Attorney

/s/ Thomas W. Duffey
Thomas W. Duffey
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2510
Thomas.Duffey@usdoj.gov

*Counsel for Plaintiff*                    *Attorney for the United States*